## Cohan Administrator *ads.* Kip.

A PLEA was drawn and figned, but the defendant's attorney forgot to file it, and a copy without fignature was ferved.   A default for not pleading was entered during the laft vacation, fubfequent to the delivery of the plea.

*Jones* for defendant now moved to fet afide the default, on the ground of irregularity, he produced alfo an affidavit of merits.

*Per Curiam.*   A plaintiff may accept or refufe an imperfect copy of a plea; and if he accepts it, the court will compel the defendant to file a perfect plea, if that has not already been done. Here appears to have been a mere miftake on the part of defendant.   Let him file a plea *inftanter,* and the default be fet afide on payment of cofts.